161 P.2d 564]

[Civ. No. 14927.   Second Dist., Div. Two.   Sept. 13, 1945.]

MRS. R. C. WHITAKER, Respondent, v. HAITIAN COFFEE COMPANY et al., Appellants.

Marshall Denton, Jr., for Appellants.

Hugh G. Maddox for Respondent.

MOORE, P. J.—This case is a companion to that of *Hicks v. Haitian Coffee Company et al., ante,* p. 740 [161 P.2d 564], this day decided. The averments in the affidavits filed on behalf of the respective parties are practically identical with those contained in the affidavits filed in the Hicks case. The order entered is the same. For the reason stated and upon the authorities therein cited the order herein is affirmed.

McComb, J., concurred.